**Order entered November 15, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00085-CV

### KERRI D. CONDIE, P.C., Appellant

### V.

### MICHELLE MCLAUGHLIN, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-05911**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 5,

2018. The appeal will be resubmitted in the first quarter of 2019.

          /s/     ELIZABETH LANG-MIERS
                  PRESIDING JUSTICE